DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 MAY 22 P 3: 15

CLERK

BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

IN RE:                                    )
NONJUDICIAL CIVIL FORFEITURE   )    Misc. No.: __2:26-mc-67__
PROCEEDING                            )
                                            )
                                            )

### ORDER EXTENDING TIME TO FILE FORFEITURE COMPLAINT
### AND/OR TO OBTAIN INDICTMENT ALLEGING FORFEITURE

The United States having applied to the Court, pursuant to 18 U.S.C. § 983(a)(3)(A), for

an order extending, to and through July 23, 2026, the time in which the United States may file a

complaint for forfeiture and/or obtain an indictment alleging forfeiture with respect to certain

property against which the Drug Enforcement Administration ("DEA") initiated nonjudicial civil

forfeiture proceedings and to which Mark Billy Brown asserts an interest, to wit, the following

property (collectively, the "Subject Property"):

a) $5,845.00, more or less, in U.S. currency,

and the United States having represented to the Court as follows:

1. In accordance with 18 U.S.C. § 983(a)(1)(A), the DEA provided written notice of its

   intent to forfeit the Subject Property to all known interested parties;

2. On or about February 23, 2026, the DEA received from Mark Billy Brown a corrected

   claim form that identifies Mark Billy Brown as a claimant asserting an interest in the

   Subject Property;

3. No other person has filed a claim to the Subject Property or asserted any interest therein

   and, pursuant to 18 U.S.C. § 983(a)(2), the time for doing so has expired;

4. Mark Billy Brown, through counsel, does not stipulate to the relief requested by the

   United States, to wit, an order extending, to and through July 23, 2026, the time in

which the United States may file a complaint for forfeiture against the Subject Property and/or obtain an indictment alleging that the Subject Property is subject to forfeiture; and

5. The United States seeks this first extension of time to allow the United States to further assess the Subject Property and Mark Billy Brown's claim thereto and the newly assigned prosecutor to adequately review and familiarize herself with the materials related to the Subject Property and the underlying criminal matter; and

The Court being expressly authorized, pursuant to 18 U.S.C. § 983(a)(3)(A), to extend, for good cause shown, the time in which the United States may file a complaint for forfeiture against the Subject Property and/or obtain an indictment alleging that the Subject Property is subject to forfeiture;

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 983(a)(3)(A), that the date by which the United States may file a complaint for forfeiture against the Subject Property and/or obtain an indictment alleging that the Subject Property is subject to forfeiture is extended to and through July 23, 2026.

Dated at _____Burlington_____, in the District of Vermont, this 22nd day of May, 2026.

Christina Reiss, Chief Judge
United States District Court