UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Tesla Hubbard,

     Plaintiff,

     v.                                                                    Civil Action No. 2:26–cv–67

Northeast Kingdom Human Services, Inc. et al,

     Defendants.

## **ORDER**

On or before June 15, 2026, Defendant Northeast Kingdom Human Services, Inc. shall

return executed its Magistrate Judge Assignment Form in accordance with Local Rule 73(c) and

file its Corporate Disclosure Statement(s) pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1.

Dated at Burlington, in the District of Vermont, this 8th day of June 2026.

                                       */s/ Kevin J. Doyle*
                                       United States Magistrate Judge